J-A24018-19

2020 PA Super 130

| TRUST UNDER WILL OF AUGUSTUS T. ASHTON, DECEASD DATED JANUARY 20, 1950 | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| APPEAL OF: PNC BANK, N.A. | : | |
| | : | No. 3609 EDA 2018 |

Appeal from the Order Entered July 9, 2018
In the Court of Common Pleas of Philadelphia County Orphans' Court at
No(s):  No. 1039 of 1952

BEFORE:   BENDER, P.J.E., DUBOW, J., and COLINS, J.[*]

DISSENTING STATEMENT BY COLINS, J.:          **FILED JUNE 03, 2020**

I respectfully dissent.  I would affirm on the opinion of the trial court.

_____

[*] Retired Senior Judge assigned to the Superior Court.